# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECOND STATE ENTERPRISES, INC., BERNARD L. WASHABAUGH II, and PJ 13, LLC,** : : : : **Plaintiffs,** : : **v.** : : **MID-ATLANTIC INVESTMENTS, LLC,** : : : **Defendant.** : | **CIVIL ACTION NO. 1:14-CV-00433** **(Chief Judge Conner)** |

## ORDER

AND NOW, this 18th day of August, 2014, upon consideration of the motion to dismiss PJ 13, LLC ("PJ 13") as a dispensable party (Doc. 2) pursuant to Federal Rules of Civil Procedure 19(b) and 21, filed by defendant Mid-Atlantic Investments, LLC ("Mid-Atlantic"), and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. Mid-Atlantic's motion to dismiss PJ 13 as a dispensable party (Doc. 2) is GRANTED.

2. The Clerk of Court is directed to REMOVE PJ 13 as a plaintiff in the above-captioned matter.  See FED. R. CIV. P. 19(b), 21.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania